# SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.

ATTORNEYS AT LAW

111 WEST 57TH STREET

NEW YORK, NEW YORK 10019

ALLEN H. ARROW
PETER S. SHUKAT
J. JEFFREY HAFER
DOROTHY M. WEBER
JONAS E. HERBSMAN

JASON A. FINESTONE
MICHAEL B. FRISCH
ELLIOT A. RESNIK
KERRY L. SMITH

JUDITH A. MEYERS+

TELEPHONE (212) 245-4580
TELECOPIER (212) 956-6471

*ALSO MEMBER CALIFORNIA BAR
+ OF COUNSEL

WRITER'S E-MAIL:

RECEIVED JUN - 7 2011 CH COLLEEN McMAHON

June 7, 2011

**VIA FACSIMILE**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

6/9/11
Extension to file motions for attorney's fees and costs is granted thru June 24, 2011
*[signed] Colleen McM*

Re: Wadena Pyatt et al. v. Usher et al.
Case No. 10-CV-8764

Dear Judge McMahon:

We are writing with the consent of Plaintiff and on behalf of all defendants who have appeared in this action. We respectfully request that the Court extend the period of time that all defendants may submit motions for attorney's fees and costs as the prevailing party in order to enable the parties' additional time to resolve this issue amicably.

Rules 54 (d)(2)(A) and (B) of the Federal Rules provide that claims for attorney's fees and non-taxable expenses must be made by motion within 14 days after entry of judgment, or such other time as ordered by the Court. Defendants' current time to file such a motion is Friday, June 10, 2011.

We respectfully request that the Court, in its discretion, extend the time that defendants may file motions for attorney's fees and costs to and including June 24, 2011, a date agreed to by Plaintiff's counsel.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/11

**SHUKAT ARROW HAFER WEBER & HERBSMAN, L.L.P.**

Honorable Colleen McMahon
June 7, 2011
Page 2

        We appreciate the Court's consideration of this request.

                              Respectfully submitted,

                              Dorothy M. Weber

DMW: nw

cc: Antonietta M. Monaco, Esq.
    Frank Delle Donne, Esq.
    Jonathan D. Davis, Esq.
    John J. Rosenberg, Esq.
    Jeffrey M. Movit, Esq.